# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 0:13-cv-02612-JRT-JSM

| | |
|---|---|
| Bryan K. Becklin,<br><br>　　　　　Plaintiff,<br>v.<br><br>American Accounts & Advisers, Inc.,<br><br>　　　　　Defendant. | **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT<br>AND<br>NOTICE OF INTENT TO CLAIM ATTORNEY'S FEES AND COSTS PURSUANT TO 15 U.S.C. § 1692k(a)** |

TO: DEFENDANT AMERICAN ACCOUNTS & ADVISERS, INC., THROUGH ITS ATTORNEY RICHARD J. MALACKO, ESQ., 332 MINNESOTA STREET, SUITE W1610, ST. PAUL, MINNESOTA 55101:

PLEASE TAKE NOTICE that Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served herein in the above-entitled matter, and attached hereto as **Exhibit 1**.

Plaintiff and Plaintiff's undersigned counsel hereby also give Notice of Intent to Claim an Award of Attorney's Fees and Costs. Such claim for an award of attorney's fees and costs shall be based upon the statutory authority of 15 U.S.C. § 1692k(a) and 28 U.S.C. §§ 1920 and 1924, as well as the authority of the Federal Rules of Civil Procedure. The counsel who rendered the legal services upon which the claim is based is as follows:

1. Patrick J. Helwig, Esq.

- 1 -

- 2 -

2. All other Plaintiff's counsel who participated in or made an appearance in this case, if any.

3. Law clerks, paralegals, and administrative staff of the above, if any.

Plaintiff proposes that the Court issue a scheduling order for the presentation of a motion for attorney's fees and costs which allows the parties a minimum of thirty (30) days from the date of this Notice to attempt to informally settle this issue of attorney's fees and costs without the necessity of the Court's involvement.

Respectfully submitted,

Dated: October 14, 2013            **BARRY & HELWIG, LLC**

By:  s/ Patrick J. Helwig
Patrick J. Helwig, Esq.
Attorney I.D.#0391787
2701 University Avenue SE, Suite 209
Minneapolis, Minnesota 55414
Telephone:  (612) 379-8800
Facsimile: (612) 379-8810
phelwig@lawpoint.com

**Attorney for Plaintiff**